IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ROBERT PULIDO,

    Petitioner,

  v.

ANTHONY HEDGPETH,

    Respondent.
                                       /

No. C 99-4933 CW

ORDER SETTING BRIEFING SCHEDULE

    The Ninth Circuit recently remanded this case in light of the Supreme Court's decision in <u>Hedgpeth v. Pulido</u>, ___ U.S. ___, 129 S. Ct. 530 (2008).  The Supreme Court held that a harmless error standard governs this action.  In light of the fact that the Court has already conducted a harmless error analysis under <u>Brecht v. Abrahamson</u>, 507 U.S. 619 (1993), the Court is inclined to reinstate its decision of March 24, 2005 (Docket No. 20, available at 2005 WL 6142229).

    Within five days of the date of this order, Respondent shall file a brief of no more than five pages either identifying any binding case decided after March 24, 2005 that would require the Court to perform a new harmless error analysis, or stating that no such case exists.  Within five days thereafter, Petitioner shall

file a response not exceeding five pages in length.

IT IS SO ORDERED.

Dated: 4/10/09

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PULIDO,

        Plaintiff,

  v.

LAMARK,

        Defendant.

Case Number: CV99-04933 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

J. Bradley O'Connell
First District Appellate Project
730 Harrison St Ste 201
San Francisco, CA 94107

Jeremy Friedlander
Office of the Attorney General
Department of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Michael Robert Pulido J14978
CSP-CorcoranIV
CA State Prison
P O Box 3471
Corcoran, CA 93212-8310

Dated: April 10, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk