IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBERT PULIDO,<br><br>            Petitioner,<br><br>     v.<br><br>CHRIS CHRONES and A. HEDGPETH,<br><br>            Respondents.<br>_____/ | No. 99-04933 CW<br><br>ORDER VACATING MARCH 24, 2005 JUDGMENT IN FAVOR OF PETITIONER (DOC NO. 21) |

   On March 24, 2005, this Court entered an Order Granting Petition for Habeas Corpus (Docket No. 20) and entered judgment in favor of Petitioner with respect to his claim of instructional error and judgment in favor of Respondents with respect to all other claims (Docket No. 21).  Respondents appealed and Petitioner cross-appealed.  On October 18, 2007, the Ninth Circuit issued its order affirming the judgment of this Court.  (Docket No. 38, 39). The United States Supreme Court accepted certiorari and vacated the Ninth Circuit's judgment on the claim of instructional error.  On December 21, 2010, the Ninth Circuit issued its opinion on remand from the Supreme Court, reversing this Court's judgment in favor of Petitioner with respect to his claim of instructional error and remanded to this Court.  (Docket No. 48).

   Accordingly, this Court vacates its March 24, 2005 judgment in

favor of Petitioner. An amended judgment in favor of Respondents on all claims will be entered separately.

    IT IS SO ORDERED.

Dated: 7/13/2011

CLAUDIA WILKEN
United States District Judge

<b>United States District Court</b><br>For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PULIDO,

        Plaintiff,

v.

LAMARK,

        Defendant.
_____/

Case Number: CV99-04933 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Robert Pulido J14978
CSP-CorcoranIV
CA State Prison
P O Box 3471
Corcoran, CA 93212-8310

Dated: July 13, 2011

                Richard W. Wieking, Clerk
                By: Nikki Riley, Deputy Clerk